```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 19164
    LORRAINE HARTLEY
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-9840

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/17/2004 and was confirmed 07/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/22/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
STATE STREET BANK & TRUS  CURRENT MORTG       .00           .00            .00
STATE STREET BANK & TRUS  MORTGAGE ARRE     743.06          .00          743.06
PINNACLE CREDIT SERVICES  UNSECURED        4379.86          .00         4379.86
ENHANCED RECOVERY CORPOR  UNSECURED       NOT FILED         .00            .00
CARD SERVICE CENTER       UNSECURED        1644.41          .00         1644.41
FIRST CONSUMERS NB        UNSECURED        1243.51          .00         1243.51
ATLANTIC CREDIT & FINANC  UNSECURED       NOT FILED         .00            .00
PROVIDIAN NATIONAL BANK   UNSECURED       NOT FILED         .00            .00
RADIO SHACK               UNSECURED       NOT FILED         .00            .00
SEIU EDGE MASTERCARD      UNSECURED       NOT FILED         .00            .00
HOUSEHOLD BANK            UNSECURED       NOT FILED         .00            .00
RESURGENT ACQUISITION LL  UNSECURED        4164.17          .00         4164.17
BUFFINGTON & ASSOCIATES   DEBTOR ATTY     2,089.00                      2,089.00
TOM VAUGHN                TRUSTEE                                         790.75
DEBTOR REFUND             REFUND                                          221.24

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  15,276.00

PRIORITY                                           .00
SECURED                                         743.06
UNSECURED                                    11,431.95
ADMINISTRATIVE                                2,089.00
TRUSTEE COMPENSATION                            790.75
DEBTOR REFUND                                   221.24
                        --------------       --------------
TOTALS                   15,276.00            15,276.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 19164 LORRAINE HARTLEY

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE